THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:08-CR-00057-TNM |
| | § | |
| ELEAZAR MEDINA ROJAS (15), | § | |
| also known as "Chelelo" | § | |

**DEFENDANT ELEAZAR MEDINA ROJAS' RESPONSE TO
GOVERNMENT'S MOTION IN LIMINE
TO PRECLUDE JURY NULLIFCATION-RELATED ARGUMENTS OR EVIDENCE**

TO THE HONORABLE COURT:

Defendant Eleazar Medina Rojas ("**Mr. Medina Rojas**") objects to the Government's Motion in Limine to Preclude Jury Nullification-Related Arguments or Evidence in part and in support would respectfully show:

### I. Relevant Background

1. On January 6, 2025, the Government filed a Motion in Limine to Preclude Jury Nullification-Related Arguments or Evidence. *See* ECF No. 605. It specifically seeks to exclude irrelevant evidence that merely invokes sympathy or encourages jury nullification. It has identified Mr. Medina Rojas' potential punishment and "extraterritorial nature" of his conduct as two subjects it believes should be precluded.

2. As context for the Government's request, Mr. Medina Rojas notes that he was imprisoned in Mexico for most of the charged time of the conspiracy.

### II. Analysis

3. Mr. Medina Rojas does not object to a limitation on arguments that would actively encourage the jury to ignore the law in the name of justice. *See United States v. Manzano* (*In re United States*), 945 F.3d 616, 631 (2d Cir. 2019).

4. Mr. Medina Rojas also does not object to a limitation on arguments that would invite the jury to consider his potential sentence in weighing the evidence during the guilt phase of trial. *See id*. at 631.

5. Mr. Medina Rojas does not object to a limitation that would preclude him from arguing that because events of this case occurred in Mexico that the U.S. Government has no jurisdiction to prosecute it. *See United States v. Rojas*, 812 F.3d 382, 392 (5th Cir. 2016).

6. However, as to the generally "extraterritorial nature" of Mr. Medina Rojas' conduct, the Government's motion has the potential to be applied too broadly. *See Manzano*, 945 F.3d at 630.

7. There may be defenses that Mr. Medina Rojas intends to raise that would require testimony about his imprisonment in Mexico. *See, e.g., United States v. Hoffman*, 901 F.3d 523, 544 (5th Cir. 2018), *as revised* (Aug. 28, 2018) (noting that "[w]ithdrawal from a conspiracy is an affirmative defense on which the defendant bears the burden of proof").

8. Granting the Government's motion in limine too broadly so as to exclude lawful strategies from Mr. Medina Rojas' defense would be an abuse of discretion. *See Manzano*, 945 F.3d at 630–31. Deferring a ruling on the Government's motion in limine to preclude Mr. Medina Rojas' arguments, evidence, or questions is the more prudent approach. *See id*.

### III.  Prayer

Mr. Medina Rojas respectfully requests that the Court either issue a narrow ruling that does not wholly exclude testimony regarding Mr. Medina Rojas' imprisonment in Mexico or defer the Government's Motion in Limine to Preclude Jury Nullification-Related Arguments or Evidence.

DATED:   January 31, 2025.

Respectfully submitted

By:   */s/ Jason M. Davis*
Jason M. Davis
State Bar No. 00793592
E-mail:  *jdavis@dslawpc.com*
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas  78204
Tel:  (210) 853-5882
Fax:  (210) 200-8395

*Attorneys for Defendant*
*Eleazar Medina-Rojas*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 31, 2025, the foregoing document was served on the following counsel of record via the Court's ECF system:

Mr. Michael Kay Ross
Ms. Jillian Leslie
AEGIS LAW GROUP LLP
801 Pennsylvania Ave NW, Suite 740
Washington, DC 20004
Email: *mross@aegislawgroup.com*
Email: *jleslie@aegislawgroup.com*

*Attorneys for Defendant Eleazar Medina-Rojas*

Mr. Duane Ramseur
UNITED STATES DEPARTMENT OF JUSTICE
1331 F Street NW, Suite 600
Washington DC, DC 20004
Email: *duane.ramseur@usdoj.gov*

Ms. Janet Huntley Turnbull
Mr. Kirk Kenneth Handrich
Ms. Melanie Alsworth
Ms. Tara Arndt
Mr. Jayce Born
UNITED STATES DEPARTMENT OF JUSTICE
Narcotic and Dangerous Drug Section
145 N Street NE
Washington, DC 20530
Email: *janet.turnbull2@usdoj.gov*
Email: *Kirk.Handrich@usdoj.gov*
Email: *melanie.alsworth2@usdoj.gov*
Email: *Tara.Arndt@usdoj.gov*
Email: *Jayce.Born@usdoj.gov*

*Attorneys for United States of America*

                */s/ Jason M. Davis*
                Jason M. Davis